**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1096**

---

YVETTE J. DAVIS,

Plaintiff - Appellant,

versus

GAIL MARGERUM, Doctor, Mount Vernon Emergency
Room Physician; J. E. ALFRED, Officer, Mount
Vernon Police Department of Fairfax County,
Badge #2683; MATTIE L. PALMORE, Magistrate of
Fairfax County, Mount Vernon Police
Department; STEPHEN W. ARMSTRONG, Attorney at
Law; ROBERT B. MACHEN, Attorney at Law;
DEPARTMENT OF FAMILY SERVICES, Office for
Children,

Defendants - Appellees,

and

LATIFA ZAMAN, Licensed Daycare Provider,
Office for Children,

Defendant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-01-1467-A)

---

Submitted: March 21, 2002          Decided: April 8, 2002

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Yvette J. Davis, Appellant Pro Se.  M. Pierce Rucker, II, Todd David Anderson, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia; James Edward Wilcox, Jr., Fairfax, Virginia; Ralph Nicholas Boccarosse, Jr., SICILIANO, ELLIS, DYER & BOCCAROSSE, Fairfax, Virginia; Robert B. Machen, Annandale, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yvette Davis appeals the district court's orders filed on December 12, 2001, and entered on December 19, 2001, granting motions to dismiss her civil action against some, but not all, Defendants. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. See Robinson v. Parke-Davis & Co., 685 F.2d 912 (4th Cir. 1982).

We dismiss the appeal as interlocutory. We deny Defendants Machen's and Armstrong's motion to dismiss the appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3